```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
RUBIN BROS. PRODUCE CORP.,              :
                                        :    10 Civ. 0917(VM)
                    Plaintiffs,         :
                                        :
   -against-                            :    ORDER
                                        :
SECRET GARDEN PRODUCE, CORP., et al.,   :
                                        :
                    Defendants.         :
----------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the Docket Sheet of this case the Court noted that the action was filed on February 4, 2010, that service of process was made on defendants herein by February 8, 2010 and that the answer to the complaint was due by March 1, 2010. The Court's public file for this case contains no record that such answer has been made by any defendant, or any other communication with the Court. Accordingly, it is hereby

**ORDERED** that plaintiff herein is directed to inform the Court by May 31, 2010 with regard to the status of this matter and plaintiff's contemplation concerning further proceedings in this case. In the event no timely response to this Order is submitted the Court may dismiss the action for lack of prosecution.

**SO ORDERED.**

Dated:     New York, New York
           26 May 2010

                                        /s/ Victor Marrero
                                        _____
                                        VICTOR MARRERO
                                           U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-26-10
```